1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Special Assistant U.S. Attorney
3  Court No. srA5500943
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff

FILED
2008 JUN 25 PM 2: 43
[stamp illegible] DISTRICT [illegible] CALIFORNIA
BY ___KNH___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08 CV 1138 BTM LSP |
| Plaintiff, | COMPLAINT IN CONDEMNATION |
| v. | With Declaration of Taking |
| 4.32 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and THE ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE, ET AL | 40 U.S.C. § 3114 |
| Defendants. | |

1. This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acting Executive Director, Facilities Management and Engineering, U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The authority for the taking of the land is under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

4. The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof.

5. A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof. A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

6. The interest(s) being acquired in the property is described in Schedule "E" attached hereto and made a part hereof.

7. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and exigible.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: June __, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*[signature]*

SANDRA B. RIGGS
Special Assistant U.S. Attorney
Attorneys for Plaintiff

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number ELC-CAX-1001

## DESCRIPTION FOR DECLARATION OF TAKING,

## RE 4.32 ACRES OF LAND, MORE OR LESS

A portion of Fractional Sec 15, T 17 S, R 15 E of the SBM, in the County of Imperial, State of California, being also a portion of Tract 64 as shown on the US GLO/BLM Re-Survey Plat of said Twp and Rng approved February 6, 1909, being also a strip of land **60 ft (18.288 m)** wide, described as follows:

(1) **BEGINNING** at the SW corner of Tract 64 of said Sec 15 as shown on said Re-Survey Plat, being also a point in the USA-Republic of Mexico International Boundary (USAROMIB);

(2) THENCE e'ly along a line described in QC Deed, Bk 1755, Pg 1166, Eady to Eady Trust, recorded December 28, 1993, and e'ly along said USAROMIB, **N 85° 31' 17" E, 3151.97 ft (960.720 m)**, more or less, to the centerline, or s'ly prolongation of said centerline, of the Alamitos Canal, as said canal or s'ly prolongation thereof existed on 24 May 1939;

(3) THENCE, departing said USAROMIB, nw'ly along said canal centerline, or s'ly prolongation thereof, **N 23° 23' 00" W, 63.4 ft (19.33 m)**, more or less, to intersect a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles, from said USAROMIB;

(4) THENCE w'ly along said parallel line, **S 85° 31' 17" W, approx 3126.7 ft (953.03 m)**, more or less, to intersect the W line of said Tract 64;

(5) THENCE s'ly along said W line as described in said QC Deed, **S 00° 05' 00" W. 60.19 ft (18.346 m)**, more or less, to the **POINT OF BEGINNING**;

And containing approx **4.32 acres (1.750 hectares)** of land, more or less, as scaled and calculated from said US GLO/BLM Re-Survey Plat;

**EXCLUDING** therefrom any portion thereof that may lie in the All American Canal.

//////////////////////////////////////END OF DESCRIPTION//////////////////////////////////////

NOTE: Department of the Army Engineer Circular No. 405-1-03, "MAPPING" dated 30 Dec 2000, Chapter 3, Section XII "LEGAL DESCRIPTIONS", Paragraph 3-42d, requires all Corps of Engineers _legal descriptions_ to include parenthetical Systeme Internationale (metric) equivalents for all foot-pound expressions of distance and/or area. However, to avoid cluttering and confusion, the same circular's Section V "PROJECT MAP DETAILS", Paragraph 3-24y, recommends against such dual dimensioning on _maps_.

SCHEDULE "D"
Parcel Map

**TRACT NUMBER:** Tract Number ELC-CAX-1001

Legend: red line ("Bold Line") is subject parcel, located in County of Imperial, State of California, Township 17 South, Range 15 East, Section 15, SBM



SCHEDULE "E"

ESTATE TAKEN

The estate taken is fee simple title, subject to existing easements of record for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

HENRIETTA C. VISBEEK (AKA HENRIETTA C. LEE)
C/O KEN LORIN, TRUSTEE
LORIN AND ZWEIG
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CALIFORNIA 92660


ESTATE OF ROY VISBEEK
C/O KEN LORIN, TRUSTEE
LORIN AND ZWEIG
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CALIFORNIA 92660


IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CALIFORNIA 92243


IMPERIAL IRRIGATION DISTRICT
C/O REAL ESTATE DEPARTMENT
333 E. BARIONI BLVD.
P.O. BOX 937
IMPERIAL, CA 92251

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
THE UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)   619-557-6958
SANDRA B. RIGGS, SPECIAL ASSISTANT US ATTORNEY
880 FRONT STREET, RM 6293, SAN DIEGO, CA 92101

### DEFENDANTS
4.32 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ESTATE OF HENRIETTA C. VISBEEK aka HENRIETTA C. LEE, ET AL.,

County of Residence of First Listed Defendant: Imperial County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**'08 CV 1138 BTM LSP**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. Section 3114

Brief description of cause:
Land Condemnation

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)   JUDGE Hon. Irma E. Gonzalez   DOCKET NUMBER 08cv1010

DATE 6/25/08   SIGNATURE OF ATTORNEY OF RECORD   SANDRA B. RIGGS, Civil Division
U.S. Attorneys Office

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

