1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Special Assistant U.S. Attorney
3  Office of the U.S. Attorney
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Court No. srA5500943
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff
7

FILED
2008 JUN 25 PM 2: 43
CLERK US ...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,            )   Case No. 08 CV 1138 BTM LSP
                                         )
                  Plaintiff,             )
                                         )   NOTICE OF CONDEMNATION
       v.                                )   [Fed. R. Civ. P. 71.1]
                                         )
4.32 ACRES OF LAND, MORE OR LESS,        )
SITUATE IN IMPERIAL COUNTY, STATE OF     )
CALIFORNIA; and ESTATE OF HENRIETTA C.   )
VISBEEK A/K/A HENRIETTA C. LEE, ET AL.   )
                                         )
                  Defendants.            )

TO: All those persons and entities listed in Schedule G, attached hereto and made a part hereof.

NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District Court for the Southern District of California to condemn certain estates, described in Schedule "E" attached hereto, for public uses in the property described in Schedule "C" attached hereto. The authority for the taking is set forth in Schedule "A", attached hereto. The uses for which the property is to be taken are set forth in Schedule "B" attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page, within twenty (20) days after service of this Notice upon you, exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

1  interest claimed and stating all your objections and defenses to the taking of the property.

2  A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections.

3  If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

4  You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

5  You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED: June __, 2008

KAREN P. HEWITT
United States Attorney

*/s/ Sandra B. Riggs*

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Attorneys for Plaintiff

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number ELC-CAX-1001

## DESCRIPTION FOR DECLARATION OF TAKING,

## RE 4.32 ACRES OF LAND, MORE OR LESS

A portion of Fractional Sec 15, T 17 S, R 15 E of the SBM, in the County of Imperial, State of California, being also a portion of Tract 64 as shown on the US GLO/BLM Re-Survey Plat of said Twp and Rng approved February 6, 1909, being also a strip of land **60 ft (18.288 m)** wide, described as follows:

(1) **BEGINNING** at the SW corner of Tract 64 of said Sec 15 as shown on said Re-Survey Plat, being also a point in the USA-Republic of Mexico International Boundary (USAROMIB);

(2) THENCE e'ly along a line described in QC Deed, Bk 1755, Pg 1166, Eady to Eady Trust, recorded December 28, 1993, and e'ly along said USAROMIB, **N 85° 31' 17" E, 3151.97 ft (960.720 m)**, more or less, to the centerline, or s'ly prolongation of said centerline, of the Alamitos Canal, as said canal or s'ly prolongation thereof existed on 24 May 1939;

(3) THENCE, departing said USAROMIB, nw'ly along said canal centerline, or s'ly prolongation thereof, **N 23° 23' 00" W, 63.4 ft (19.33 m)**, more or less, to intersect a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles, from said USAROMIB;

(4) THENCE w'ly along said parallel line, **S 85° 31' 17" W**, approx **3126.7 ft (953.03 m)**, more or less, to intersect the W line of said Tract 64;

(5) THENCE s'ly along said W line as described in said QC Deed, **S 00° 05' 00" W. 60.19 ft (18.346 m)**, more or less, to the **POINT OF BEGINNING**;

And containing approx **4.32 acres (1.750 hectares)** of land, more or less, as scaled and calculated from said US GLO/BLM Re-Survey Plat;

**EXCLUDING** therefrom any portion thereof that may lie in the All American Canal.

///////////////////////////////////////END OF DESCRIPTION///////////////////////////////////////

1  **NOTE**: Department of the Army Engineer Circular No. 405-1-03. "MAPPING" dated 30 Dec 2000, Chapter 3, Section XII "LEGAL DESCRIPTIONS",
2  Paragraph 3-42d, requires all Corps of Engineers *legal descriptions* to include parenthetical Systeme Internationale (metric) equivalents for all foot-pound
3  expressions of distance and/or area. However, to avoid cluttering and confusion, the same circular's Section V "PROJECT MAP DETAILS", Paragraph 3-24y,
4  recommends against such dual dimensioning on *maps*.

SCHEDULE "D"
Parcel Map

**TRACT NUMBER**: Tract Number ELC-CAX-1001

Legend: red line ("Bold Line") is subject parcel, located in County of Imperial, State of California, Township 17 South, Range 15 East, Section 15, SBM



SCHEDULE "E"

ESTATE TAKEN

The estate taken is fee simple title, subject to existing easements of record for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

HENRIETTA C. VISBEEK (AKA HENRIETTA C. LEE)
C/O KEN LORIN, TRUSTEE
LORIN AND ZWEIG
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CALIFORNIA 92660


ESTATE OF ROY VISBEEK
C/O KEN LORIN, TRUSTEE
LORIN AND ZWEIG
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CALIFORNIA 92660


IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CALIFORNIA  92243


IMPERIAL IRRIGATION DISTRICT
C/O REAL ESTATE DEPARTMENT
333 E. BARIONI BLVD.
P.O. BOX 937
IMPERIAL, CA 92251