THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
 )
      Plaintiff, ) DECLARATION OF TAKING
 )
vs. )
 )
4.32 ACRES OF LAND, MORE OR LESS, ) CIVIL NO. '08 CV 1138 BTM LSP
 )
SITUATE IN IMPERIAL COUNTY, STATE OF )
 )
CALIFORNIA; AND ESTATE OF HENRIETTA C. )
 )
VISBEEK A/K/A HENRIETTA C. LEE, ET AL. )
 )
      Defendants )
 )
 )

FILED
2008 JUN 25 PM 2:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ HOLT _____ DEPUTY

      I, Robert Janson, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. Sections 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 08-004, which delegated land acquisition authority to the Executive Director of Facilities Management and Engineering, do hereby make the following declaration:

      1.    The property is hereby taken under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

1.  The property is hereby taken under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

2.  The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof. The said land has been selected under my direction for acquisition by the United States for the above-referenced project in Imperial County, State of California.

3.  A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof.

4.  A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

5.  The estate taken is described on Schedule "E" attached hereto and made a part hereof.

6.  The sum estimated by the undersigned as just compensation for the land being taken is set forth in Schedule "F" attached hereto and made a part hereof. The undersigned is of the opinion that the ultimate award for said land probably will be within any limits prescribed by law to be paid therefor.

7.  The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8. The United States made best efforts to negotiate purchase of the property interest sought prior to filing this condemnation action.

IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, hereunto subscribes his name by direction of the Secretary of the Department of Homeland Security, this 12th day of JUNE, 2008 in the City of Washington, District of Columbia.

_____

Robert Janson

Acting Executive Director,

Facilities Management and Engineering

Department of Homeland Security

U.S. Customs and Border Protection

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number ELC-CAX-1001

## DESCRIPTION FOR DECLARATION OF TAKING,

## RE 4.32 ACRES OF LAND, MORE OR LESS

A portion of Fractional Sec 15, T 17 S, R 15 E of the SBM, in the County of Imperial, State of California, being also a portion of Tract 64 as shown on the US GLO/BLM Re-Survey Plat of said Twp and Rng approved February 6, 1909, being also a strip of land **60 ft (18.288 m)** wide, described as follows:

(1) **BEGINNING** at the SW corner of Tract 64 of said Sec 15 as shown on said Re-Survey Plat, being also a point in the USA-Republic of Mexico International Boundary (USAROMIB);

(2) THENCE e'ly along a line described in QC Deed, Bk 1755, Pg 1166, Eady to Eady Trust, recorded December 28, 1993, and e'ly along said USAROMIB, **N 85° 31' 17" E, 3151.97 ft (960.720 m)**, more or less, to the centerline, or s'ly prolongation of said centerline, of the Alamitos Canal, as said canal or s'ly prolongation thereof existed on 24 May 1939;

(3) THENCE, departing said USAROMIB, nw'ly along said canal centerline, or s'ly prolongation thereof, **N 23° 23' 00" W, 63.4 ft (19.33 m)**, more or less, to intersect a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles, from said USAROMIB;

(4) THENCE w'ly along said parallel line, **S 85° 31' 17" W**, approx **3126.7 ft (953.03 m)**, more or less, to intersect the W line of said Tract 64;

(5) THENCE s'ly along said W line as described in said QC Deed, **S 00° 05' 00" W. 60.19 ft (18.346 m)**, more or less, to the **POINT OF BEGINNING**;

And containing approx **4.32 acres (1.750 hectares)** of land, more or less, as scaled and calculated from said US GLO/BLM Re-Survey Plat;

**EXCLUDING** therefrom any portion thereof that may lie in the All American Canal.

/////////////////////////////////////////END OF DESCRIPTION/////////////////////////////////////////

1  **NOTE**: Department of the Army Engineer Circular No. 405-1-03. "MAPPING" dated 30 Dec 2000, Chapter 3, Section XII "LEGAL DESCRIPTIONS",

2  Paragraph 3-42d, requires all Corps of Engineers <u>legal descriptions</u> to include parenthetical Systeme Internationale (metric) equivalents for all foot-pound

3  expressions of distance and/or area. However, to avoid cluttering and confusion, the same circular's Section V "PROJECT MAP DETAILS", Paragraph 3-24y,

4  recommends against such dual dimensioning on <u>maps.</u>

SCHEDULE "D"
Parcel Map

**TRACT NUMBER:** Tract Number ELC-CAX-1001

Legend: red line ("Bold Line") is subject parcel, located in County of Imperial, State of California, Township 17 South, Range 15 East, Section 15, SBM



Map details: Irrigated Agricultural Lands; Alamitos Canal; East outskirts of Calexico, California; All-American Canal; International Boundary; MEXICO; Subject Parcel (Bold Line); MEXICO; 0 — 1,980 Feet. Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.

SCHEDULE "E"

ESTATE TAKEN

The estate taken is fee simple title, subject to existing easements of record for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINE THOUSAND, FOUR HUNDRED NINE AND NO/100 DOLLARS ($9,409.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES


ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE
C/O KEN LORIN, CPA, TRUSTEE
LORIN AND ZWEIG
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CALIFORNIA 92660


ESTATE OF ROY VISBEEK
C/O KEN LORIN, CPA, TRUSTEE
LORIN AND ZWEIG
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CALIFORNIA 92660


IMPERIAL COUNTY TAX COLLECTOR
c/o County Attorney
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CALIFORNIA  92243


IMPERIAL IRRIGATION DISTRICT,
a Public Agency of the State of California
C/O John Pierre Menvielle, President
333 E. BARIONI BLVD.
P.O. BOX 937
IMPERIAL, CA 92251