```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Special Assistant U.S. Attorney
 3  Court No.srA5500943
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Court No. A5500943
    Telephone: (619) 557-76958
 6  Sandra.riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>4.32 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE, ET AL.<br><br>  Defendants. | Civil No. 08cv1138-BTM (LSP)<br><br>NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on June 27, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the subject property, in the amount of Nine Thousand Four Hundred Nine and No/100 Dollars($9,409.00) with the Clerk of the Court.

DATED: June 27, 2008

KAREN P. HEWITT
United States Attorney


s/Sandra B. Riggs

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Attorneys for Plaintiff
Sandra.riggs2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>4.32 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE, ET AL.<br><br>Defendants. | Civil No. 08cv1138-BTM (LSP)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 06/27/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

THE ESTATE OF HENRIETTA VISBEEK, ET AL.
C/O KEN LORIN, TRUSTEE
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CA 92660

THE ESTATE OF ROY VISBEEK, ET AL.
C/O KEN LORIN, TRUSTEE
4299 MACARTHUR BOULEVARD
NEWPORT BEACH, CA 92660

IMPERIAL COUNTY TAX COLLECTOR
ATTN: COUNTY COUNSEL
940 WEST MAIN STREET
EL CENTRO, CA 92243

IMPERIAL IRRIGATION DISTRICT
JEFF GARBER, ESQ.
333 E. BARIONI BLVD.
IMPERIAL, CA 92251

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

*Tricia R. Lamb* (signature)
Tricia R. Lamb