KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Court ID srA5500943
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>4.32 ACRES OF LAND, more or less, situated in Imperial County, State of California and ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE, ET AL.<br><br>Defendants. | Civil No. 08cv1138-BTM (LSP)<br><br>NOTICE OF PENDENCY OF ACTION<br><br>[C.C.P. §405.20] |

PLEASE TAKE NOTICE that an action was commenced in the above-named court on June 25, 2008, by the above-named Plaintiff against the above-named Defendants and is now pending. The purpose of the action is to condemn and take by right of eminent domain the real property described in the attached "Schedule C." The public use for which the property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California., and for such other uses as may be authorized by Congress or by Executive Order.

The real property referred to here and affected by this action is located in the County of Imperial, State of California.

The names of the owners of the subject real property and the purported owners of other interests

1 | in the subject real property are:

2 |     Estate of Henrietta C. Visbeek aka Henrietta C. Lee, Imperial County Tax Collector, Imperial

3 | Irrigation District, and Other Interested Parties.

4 | DATED: June ___, 2008           Respectfully Submitted,

5 |                               KAREN P. HEWITT
                              United States Attorney

6 |

7 |                               s/Sandra B. Riggs

8 |                               Special Assistant United States Attorney
                              Sandra.Riggs2@usdoj.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number ELC-CAX-1001

## DESCRIPTION FOR DECLARATION OF TAKING,

## RE 4.32 ACRES OF LAND, MORE OR LESS

A portion of Fractional Sec 15, T 17 S, R 15 E of the SBM, in the County of Imperial, State of California, being also a portion of Tract 64 as shown on the US GLO/BLM Re-Survey Plat of said Twp and Rng approved February 6, 1909, being also a strip of land **60 ft (18.288 m)** wide, described as follows:

(1) **BEGINNING** at the SW corner of Tract 64 of said Sec 15 as shown on said Re-Survey Plat, being also a point in the USA-Republic of Mexico International Boundary (USAROMIB);

(2) THENCE e'ly along a line described in QC Deed, Bk 1755, Pg 1166, Eady to Eady Trust, recorded December 28, 1993, and e'ly along said USAROMIB, **N 85° 31' 17" E, 3151.97 ft (960.720 m)**, more or less, to the centerline, or s'ly prolongation of said centerline, of the Alamitos Canal, as said canal or s'ly prolongation thereof existed on 24 May 1939;

(3) THENCE, departing said USAROMIB, nw'ly along said canal centerline, or s'ly prolongation thereof, **N 23° 23' 00" W, 63.4 ft (19.33 m)**, more or less, to intersect a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles, from said USAROMIB;

(4) THENCE w'ly along said parallel line, **S 85° 31' 17" W, approx 3126.7 ft (953.03 m)**, more or less, to intersect the W line of said Tract 64;

(5) THENCE s'ly along said W line as described in said QC Deed, **S 00° 05' 00" W. 60.19 ft (18.346 m)**, more or less, to the **POINT OF BEGINNING**;

And containing approx **4.32 acres (1.750 hectares)** of land, more or less, as scaled and calculated from said US GLO/BLM Re-Survey Plat;

**EXCLUDING** therefrom any portion thereof that may lie in the All American Canal.

///////////////////////////////////////END OF DESCRIPTION///////////////////////////////////////

NOTE: Department of the Army Engineer Circular No. 405-1-03. "MAPPING" dated 30 Dec 2000, Chapter 3, Section XII "LEGAL DESCRIPTIONS", Paragraph 3-42d, requires all Corps of Engineers <u>legal descriptions</u> to include parenthetical Systeme Internationale (metric) equivalents for all foot-pound expressions of distance and/or area. However, to avoid cluttering and confusion, the same circular's Section V "PROJECT MAP DETAILS", Paragraph 3-24y, recommends against such dual dimensioning on <u>maps.</u>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Civil No. 08cv1138-BTM (LSP) |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| 4.32 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE, ET AL. ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF PENDENCY OF ACTION (dated 06/27/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

THE ESTATE OF HENRIETTA VISBEEK, ET AL.  
C/O KEN LORIN, TRUSTEE  
4299 MACARTHUR BOULEVARD  
NEWPORT BEACH, CA 92660

THE ESTATE OF ROY VISBEEK, ET AL.  
C/O KEN LORIN, TRUSTEE  
4299 MACARTHUR BOULEVARD  
NEWPORT BEACH, CA 92660

IMPERIAL COUNTY TAX COLLECTOR  
ATTN: COUNTY COUNSEL  
940 WEST MAIN STREET  
EL CENTRO, CA 92243

IMPERIAL IRRIGATION DISTRICT  
JEFF GARBER, ESQ.  
333 E. BARIONI BLVD.  
IMPERIAL, CA 92251

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

Tricia R. Lamb