UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>4.32 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ESTATE OF HENRIETTA C. VISBEEK A/K/A HENRIETTA C. LEE, ET AL.<br><br>Defendants. | Case No.: 08cv1138-BTM (LSP)<br><br>APPEARANCE AND DISCLAIMER |

COMES NOW the Imperial County Tax Collector, by and through undersigned counsel, in the above-styled and numbered condemnation proceeding, and enters his/her appearance herein for all purposes, waives service of all notices, and disclaims any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: aug. 13, 2008

IMPERIAL COUNTY TAX COLLECTOR

By: *Karen Vogel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Civil No. 08cv1138-BTM (LSP) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| 4.32 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATE IN IMPERIAL ) | |
| COUNTY, STATE OF CALIFORNIA; ) | |
| and ESTATE OF HENRIETTA C. ) | |
| VISBEEK A/K/A HENRIETTA C. LEE, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF APPEARANCE AND DISCLAIMER

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

| | |
|---|---|
| THE ESTATE OF HENRIETTA VISBEEK, ET AL.<br>C/O KEN LORIN, TRUSTEE<br>4299 MACARTHUR BOULEVARD<br>NEWPORT BEACH, CA 92660 | THE ESTATE OF ROY VISBEEK, ET AL.<br>C/O KEN LORIN, TRUSTEE<br>4299 MACARTHUR BOULEVARD<br>NEWPORT BEACH, CA 92660 |
| IMPERIAL COUNTY TAX COLLECTOR<br>ATTN: COUNTY COUNSEL<br>940 WEST MAIN STREET<br>EL CENTRO, CA 92243 | IMPERIAL IRRIGATION DISTRICT<br>JEFF GARBER, ESQ.<br>333 E. BARIONI BLVD.<br>IMPERIAL, CA 92251 |

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

*/s/ Tricia R. Lamb*
Tricia R. Lamb